UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>BOWEN ENGINEERING CORPORATION and SAFETY PARTNERS, LTD.,<br><br>    Defendants,<br><br>and<br><br>UNITED STATES STEEL CORPORATION and HATCH ASSOCIATES CONSULTANTS, INC.,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>HAYWARD BAKER, INC.,<br><br>    Third-Party Defendant. | Case No. 13-cv-1064-JPG-SCW |

## MEMORANDUM AND ORDER

    This matter comes before the Court on Magistrate Judge Williams' order for the parties to show cause on or before August 22, 2014, why the Court should not remand this case for lack of subject matter jurisdiction in light of the fact that it appears the addition of defendant Safety Partners, Ltd. destroys complete diversity (Doc. 51). No party has responded to the order to show cause. The Court construes the lack of a response as an admission by all parties who have appeared in this litigation that the addition of Safety Partners, Ltd. destroys the complete diversity required by 28 U.S.C. § 1332(a). Accordingly, this Court no longer has subject matter jurisdiction over this case and **REMANDS** this case to the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, pursuant to 28 U.S.C. § 1447(e).

**IT IS SO ORDERED.**
**DATED:   August 26, 2014**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
